December 11, 2009

Ms. Lynne Liberato
Haynes and Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010-2007
Mr. Kevin H. Dubose
Alexander Dubose & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342

RE: Case Number: 08-0175
 Court of Appeals Number: 13-05-00361-CV
 Trial Court Number: C-1141-03-G

Style: WHIRLPOOL CORPORATION
 v.
 MARGARITA CAMACHO, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and the enclosed in
the above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Dorian E. Ramirez|
| | |
| |Ms. Laura Hinojosa |
| |Mr. Joseph G. |
| |Petrosinelli |
| |Ms. Lauren L. |
| |Beck-Harris |